# EXHIBIT 2

# CLAIM CHART -- UNITED STATES PATENT NO. 12,036,524
## for "Mixing Bowl and Liner System"



| Plaintiff's product: | Kitchen mixer: | Plaintiff's product as used: |

**Infringing Product against claim 1 of U.S. Patent No. 12,036,524**

**Defendant's Infringing Product as Used by Consumer**

| | |
|---|---|
| A mixing bowl and liner system comprising: | This is the preamble; "comprising" means including, but not limited to. |
| a mixing bowl being constructed of a rigid material and defining a bowl cavity, said mixing bowl having an interior surface adjacent said bowl cavity and a top edge defining an opening to said bowl cavity; and | *Defendants' infringing product is used by a consumer with a mixing bowl constructed of a rigid material and an interior surface and a top edge.* |
| a liner being insertable into said bowl cavity and comprising: a wall being dome-shaped and defining a liner cavity, said wall having a top edge defining an opening to said liner cavity, an outer surface of said wall being coextensive with said interior surface of said mixing bowl when said liner is inserted into said mixing bowl; a rim being coupled to said top edge of said wall and protruding outwardly, said rim having a top side and a bottom side, said bottom side of said rim resting on said top edge of said mixing bowl when said liner is inserted into said mixing bowl; and a spout being coupled to said rim, said spout having a pair of ridges coupled to said rim and extending outwardly in converging alignment; and | *Defendants' infringing product includes a liner fitting into the consumer's mixing bowl and having a spout.* |

**Infringing Product against claim 1 of U.S. Patent No. 12,036,524 (cont'd)**

**Defendant's Infringing Product as Used by Consumer**

| | |
|---|---|
| a lid, said lid being constructed of a resiliently flexible material, said lid being positionable to cover said liner cavity such that said opening to said liner cavity is closed, said lid comprising: a top wall; and an annular wall extending from a perimeter edge of said top wall, said annular wall defining an aperture and having a rim portion and a spout portion, said rim portion having an interior surface complementary in shape to said rim of said liner, said spout portion protruding outwardly from said rim portion and defining a notch, said notch being a portion of said aperture and being complementary in shape to said spout of said liner such that said annular wall is able to collectively receive said rim of said liner and said spout of said liner through said aperture when said lid covers said liner cavity, said annular wall engaging said rim of said liner when said lid covers said liner such that said lid is removably secured directly to said liner. | <br><br>*Defendant's infringing product includes a lid that covers both the open space of the mixing bowl liner and the spount on the mixing bowl liner.* |